**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| VIRGINIA VILLAGRANA, | ) |
| | ) Case No.: 2:17-cv-05688-CJC-AGR |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) **JUDGMENT FOR REMAND** |
| NANCY A. BERRYHILL, Deputy Commissioner of Social Security, performing the duties and functions not reserved to the Commissioner of Social Security | ) ) ) ) ) |
| | ) |
| Defendant. | ) |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: March 30, 2018

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE